UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| EAST B&H TRANSPORT, LLC | ) | Case No. 3:23-cv-00167-RGJ |
| | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| LANDSTAR RANGER | ) | |
| | ) | |
| and | ) | |
| | ) | Removed from: |
| CHUBB | ) | Jefferson Circuit Court, Division II |
| | ) | Civil Action No. 23-CI-001504 |
| DEFENDANTS | ) | |

## AGREED ORDER DISMISSING AS SETTLED

Upon notice to the Court by the Plaintiff, East B&H Transport, LLC, and the Defendants, Landstar Ranger and Chubb, by and through their respective counsel, that the parties have reached a mutually agreed settlement of the claims in this matter, and that the Plaintiff, East B&H Transport, LLC, desires to dismiss any and all claims against the Defendants, Landstar Ranger and Chubb, in the above action; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's, East B&H Transport, LLC, claims against Defendants, Landstar Ranger and Chubb, in this action be and hereby are dismissed with prejudice, each party to bear their own costs.

-2-

HAVE SEEN AND AGREED BY:

*/s/ David C. Travis w/ permission*
DAVID C. TRAVIS
BLUEGRASS LAWYERS, PLLC
4612 Chamberlain Lane, Suite 210
Louisville, Kentucky 40241
Telephone: (502) 576-2666
David@Bluegrass-Lawyers.com
*Counsel for Plaintiff*
*East B&H Transport, LLC*


*/s/ C. Michael Van Sickle*
C. MICHAEL VAN SICKLE
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky  40222
Telephone:  (502) 583-7012
Facsimile:   (502) 583-7018
GZipperle@whtlaw.com
Mike.vansickle@whtlaw.com
*Counsel for Defendants,*
*Landstar Ranger and Chubb*

Rebecca Grady Jennings, District Judge
United States District Court

June 13, 2023